# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )    Criminal No. 2:07-cr-83-DBH-01 |
| | ) |
| CHRISTOPHER SUTHARD, | ) |
| Defendant | ) |

## ORDER ON REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

The United States Probation Office has requested that I terminate Christopher Suthard's supervised release early. He began his 3-year term of supervised release April 6, 2016. Unless terminated earlier, supervised release will expire by its terms April 6, 2019. The government has opposed the request.

First, I compliment Mr. Suthard on his remarkable progress, as the Probation Office describes it, since I sentenced him for a violent crime on March 7, 2008. Then a 19-year-old abuser of alcohol and marijuana, he appears since to have taken advantage of all available opportunities while he was confined and now, under two years of supervised release, has attained stable employment and a stable residence.

I certainly understand the Probation Office's recommendation given its scarce supervision resources and the statistical data about likelihood of recidivism under its Post Conviction Risk Assessment. But I find persuasive the government's arguments about the significance of Mr. Suthard's underlying

crime and subsequent pre-arrest conduct here, as well as my original decision to impose only 3 years of supervised release when 5 years was an available penalty. Terminating release this early, I conclude, would send the wrong message.

Therefore I **DENY** the Request, but I compliment Mr. Suthard on what he has accomplished, and urge him to stay the course.

**SO ORDERED.**

**DATED THIS 23RD DAY OF MAY, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**